1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10
11  ANDREA DUNCAN,                          No.  2:21-cv-00204-JDP (SS)
12              Plaintiff,                  SCHEDULING ORDER
13      v.
14  COMMISSIONER OF SOCIAL SECURITY,
15              Defendant.
16
17      This action was stayed pending the filing of the administrative record under General Order
18  Number 615.  *See* G.O. 615 ¶¶ 6, 10.  On October 30, 2021, defendant filed a copy of the
    administrative record.
19
        Accordingly, it is hereby ordered that:
20
        1.      The stay is lifted;
21
        2.      Within 45 days after service of the administrative record, the plaintiff shall file the
22
    motion for summary judgment;
23
        3.      Within 45 days after service of plaintiff's opening brief, the defendant shall file the
24
    responsive brief as well as any cross motions;
25
        4.      Within 15 days after filing of defendant's brief, the plaintiff shall file the optional reply
26
    brief and respond to any cross motions;
27
        5.      In those cases where a Fed. R. Civ. P. 12 motion to dismiss is warranted, the defendant
28
    shall file a motion to dismiss in lieu of filing the administrative record. The motion to dismiss shall be
    filed within 120 days of service of the complaint. The opposing brief shall be filed within 14 days after

service of the motion. The reply brief shall be filed within seven days after service of the opposition brief. The motion to dismiss need not be noticed for hearing.

6.     Motions for attorney fees shall be filed within 30 days after entry of final judgment.  If any motion for attorney fees is not stipulated by the parties, the nonmoving party must file an opposition or statement of non-opposition within 30 days.

7.     All references to the record and all assertions of fact must be accompanied by citations to the record.  The parties' briefs *should not include recitations of the facts*.  Instead, the parties should focus on addressing their arguments.  Arguments in support of or opposition to each claim of error must be supported by citation to legal authority and explanation of the application of such authority to the facts of this case.  Briefs that do not substantially comply with these requirements will be stricken.

8.     Requests for modification of this briefing schedule will not be routinely granted.  Any such request must be made by stipulated motion and will be granted only for good cause.  A motion for a modification brought on the filing deadline will be looked upon with disfavor.  Local Rule 144(d).

9.     Violations of this order or of the federal rules of procedure or the Local Rules may result in sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:    November 5, 2021                                    _____
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE