UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | | |
|---|---|---|
| ANDREA DUNCAN, | No. | 2:21-cv-00204-JDP (SS) |
| Plaintiff, | | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | | ECF No. 12 |
| Defendant. | | |

For good cause shown, plaintiff's motion, ECF No. 12, is granted and the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 17, 2021.

IT IS SO ORDERED.

Dated:   December 13, 2021            _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE